NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRGINIA LOVETT,**
*Petitioner,*

**v.**

**INTERNAL REVENUE SERVICE,**
*Respondent.*

---

2012-3030

---

Petition for review of an arbitrator's decision by Roger C. Williams.

---

**ON MOTION**

---

## ORDER

Virginia Lovett moves to withdraw Jacqueline K. Taylor and substitute John D. Wales as principal counsel. The Internal Revenue Service moves for a 30-day extension of time, until June 29, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw and substitute counsel is granted.

(2) The motion for an extension of time is granted to the extent that the IRS' opening brief is due within 30 days of the date of service of Lovett's corrected initial brief.

FOR THE COURT

MAY 24 2012
                  Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John D. Wales, Esq.
     Amanda L. Tantum, Esq.
     Jacqueline K. Taylor, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 24 2012

JAN HORBALY
CLERK